**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GERENLI URENA DE LA CRUZ,

                Plaintiff,

  -against-                              22 **CIVIL** 03701(JGK)

                                                  **JUDGMENT**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF
SOCIAL SECURITY

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated July 13, 2023, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. See Shalalav. Schaefer, 509 U.S. 292 (1993).

**Dated:** New York, New York

       July 13, 2023

                                                         **RUBY J. KRAJICK**

                                                         **Clerk of Court**

                           **BY:**

                                                        **Deputy Clerk**